UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LA'DRINA SWEENEY-EMANUEL,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN ,<br>Acting Commissioner of Social Security1,<br><br>  Defendant. | Civil No. 3:11-CV-00962-JE<br><br><br>PROPOSED ORDER |

Pursuant to the parties' stipulation, it is hereby ORDERED that attorney's fees in the amount of $3,207.08 and expenses in the amount of $6.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412; and costs in the amount of $4.12, pursuant to 28 U.S.C. § 1920; area awarded to Plaintiff.  The award shall be made payable to Plaintiff, and mailed to the attorney's office.

IT IS SO ORDERED this 7th  day of  March , 2013.

  /s/ John Jelderks_____
  UNITED STATES MAGISTRATE JUDGE

---

1 Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Submitted by:

S. AMANDA MARSHALL, OSB #095347
United States Attorney

ADRIAN L. BROWN, OSB #050206
Assistant United States Attorney

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2522

Page 1   PROPOSED ORDER - [3:11-CV-00962-JE]